No. 360.   Rice Growers Association of California *v.* Rederiaktiebolaget Frode (a corporation).   C. A.

9th Cir. Certiorari denied. *George H. Hauerken* for petitioner. *Clarence G. Morse* for respondent.